UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| Erlingthon Josue MENDOZA URBINA,<br><br>    *Petitioner*,<br><br>v.<br><br>David PAULK, Warden of Irwin County Detention Center in his official capacity, et al.<br><br>    *Respondents*. | Case No.: 7:26-cv-00030-WLS-ALS |

## PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL

Petitioner Erlingthon Josue Mendoza Urbina, by and through undersigned counsel, hereby gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of voluntary dismissal of his Petition for Writ of Habeas Corpus in the above-captioned case.

Dated: February 15, 2026

Respectfully submitted,

/s/ Thomas Evans
Thomas Evans
KUCK BAXTER LLC
P.O. Box 501359
Atlanta, Georgia 31150
Tel.: (404) 949-8176
tevans@immigration.net

SO ORDERED this 19th day of February, 2026

W. Louis Sands, Sr. Judge
United States District Court

1

## CERTIFICATE OF SERVICE

I hereby certify that, this 15th day of February, 2026, I filed a copy of the foregoing Notice of Voluntary Dismissal electronically through the CM/ECF system, which gave service to all counsel of record.

/s/ Thomas Evans