IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ERLINGTHON JOSUE MENDOZA URBINA,     *

        Petitioner,         *

v.                            Case No. 7:26-cv-30 (WLS-ALS)

                              *

WARDEN IRWIN COUNTY DETENTION
CENTER, et al.,         *

        Respondents.         *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated February 19, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 20th day of February, 2026.

                      David W. Bunt, Clerk

                      s/ Katie Logsdon, Deputy Clerk